IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00201-EWN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAMES EARL JEMISON,

       Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce JAMES EARL JEMISON, D.O.B. 1975, Booking No. 0700007663, before United States Magistrate Court, as soon as practicable, for proceedings and appearances upon the charge set forth in the Petition on Supervised Release and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this 1st day of June, 2007.

                                            s/ Edward W. Nottingham
                                            UNITED STATES DISTRICT JUDGE
                                            UNITED STATES DISTRICT COURT
                                            DISTRICT OF COLORADO