**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 03-cr-00201-EWN-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JAMES EARL JEMISON

      Defendant.

---

**ORDER DISMISSING PETITION ON SUPERVISED RELEASE**

---

THIS MATTER is before the Court on the report of the probation officer regarding the Petition on Supervised Release filed on May 4, 2007, and the Court now being advised that the defendant has withdrawn his plea of guilty in El Paso County Combined Court Case No. 2006-CR1730, which is the only basis for violation of supervised release. Accordingly, it is

ORDERED that the Petition on Supervised Release be dismissed.

DATED at Denver, Colorado, this 4th day of December, 2007.


                    BY THE COURT:



                    s/ Edward W. Nottingham
                    EDWARD W. NOTTINGHAM
                    Chief United States District Judge