IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00201-EWN-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES EARL JEMISON

    Defendant.

---

**ORDER DISMISSING PETITION ON SUPERVISED RELEASE**

---

THIS MATTER is before the Court on the report of the probation officer regarding the Petition on Supervised Release filed on May 23, 2008, and the Court now being advised that the defendant's pending charges in El Paso County Combined Court Case Nos. 2007-M-3147 and 2008-M-3407 were dismissed. Accordingly, it is

ORDERED that the Petition on Supervised Release be dismissed.

DATED at Denver, Colorado, this 25th day of July, 2008.

    BY THE COURT:


    s/ Edward W. Nottingham
    EDWARD W. NOTTINGHAM
    Chief United States District Judge